UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAKOWSKI,<br><br>                              Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>                             Defendants. | Case No.:  21cv1675-JAH(LR)<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXCUSE PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE**<br><br>**[ECF NO. 83]** |

      On December 27, 2022, Defendants filed a "Request to Excuse Appearance at Settlement Conference."  (ECF No. 83.)  Defendants Doctor D. Clayton, Retired Warden M. Pollard, and Associate Director of the Office of the Appeals ("OOA") H. Moseley ask the Court to excuse their personal appearance at the video Mandatory Settlement Conference ("MSC") scheduled for January 11, 2023.  (Id. at 2.)  In support, Defendants state that they will be represented at the MSC by lead counsel, Deputy Attorney General Gracie Pollard, who will have full settlement authority.  (Id.; see also ECF No. 83-2 at 1–3, Decl. Gracie Pollard ("Pollard Decl.").)  Defendants further argue that good cause exists for their request because Defendant Clayton no longer works for the California Department of Corrections and Rehabilitation ("CDCR"), Defendant Pollard is retired

from the CDCR, and Defendant Moseley's absence from work may disrupt daily activities at the OOA.  (See id.)

Defense counsel states in her supporting declaration that Defendant Clayton no longer works for the CDCR, and requiring him to attend the MSC will divert him from providing care to his patients outside of the CDCR. (Pollard Decl. at 2.)  Defense counsel further states that Defendant Pollard is retired from the CDCR.  (Id.)  Finally, defense counsel declares that Defendant Moseley is the Associate Director of the OOA, and requiring him to attend the MSC "will divert him from his daily responsibilities," and may "disrupt normal activity at OOA," as well as "impact handling of numerous other litigation and administrative matters."  (Id. at 2–3.)

Having reviewed Defendants' motion and finding good cause, the Court **GRANTS IN PART** the motion.  Accordingly, the Court excuses Defendants Clayton, Pollard, and Moseley from personally appearing at the video MSC scheduled for January 11, 2023, at 9:30 a.m.  The Court further **ORDERS** Defendants Clayton, Pollard, and Moseley to **provide their contact information to defense counsel and to remain available by telephone for the duration of the MSC.**

**IT IS SO ORDERED.**

Dated:  December 28, 2022

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge